**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Jorel Shophar, et al. v. Kathleen Sloan, et al.    Case Number: 1:22-cv-02333

An appearance is hereby filed by the undersigned as attorney for:

Jorel Shophar and Raphah Shophar

Attorney name (type or print): Robert T. Kuehl

Firm: Kuehl Law, P.C.

Street address: 555 S. Randall Road, Suite 205

City/State/Zip: St. Charles, IL 60174

Bar ID Number: 6271281
(See item 3 in instructions)

Telephone Number: 312-375-9402

Email Address: bob@kuehllawpc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 8, 2023

Attorney signature: S/ Robert T. Kuehl

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015